# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sheila Denise Piddock,

          Plaintiff,        Case No. 22-10715

v.                                Judith E. Levy
                                United States District Judge

Community Living Network,

                                Mag. Judge Curtis Ivy, Jr.

          Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                              KINIKIA D. ESSIX
                                              CLERK OF THE COURT

                               By:    s/William Barkholz
                                          DEPUTY COURT CLERK

Date: July 25, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE